UNITED STATES DISTRJCT COURT

FOR THE DISTRJCT OF IDAHO

| | |
|---|---|
| NICOLE RENEE CROSBY,<br><br>　　　　　Petitioner,<br><br>v.<br><br>SOCIAL SECURJTY ADMINISTRATION,<br><br>　　　　　Respondent. | Case No. 1:21-cv-00151-BLW-CWD<br><br>**ORDER** |

The Court has before it Petitioner's Motion to Dismiss Judge Willis' Unfavorable Decision, filed on May 21, 2021. (Dkt. 10.) Petitioner's motion is **DENIED as MOOT.**

Petitioner, who is proceeding pro se, has brought this action pursuant to Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), to obtain judicial review of a final decision of Respondent denying Petitioner's claims for disability insurance benefits under Title II of the Social Security Act. (Dkt. 9.) The Court therefore has

**ORDER -**

jurisdiction over this matter.[1] The Court granted Petitioner's request to proceed without the payment of the filing fee, and directed the Clerk to deliver to the U.S. Marshals Service a Summons anda copy of the Petition for Review so that the Marshals may effect service of process upon Respondent.

The motion to dismiss is denied as moot because it is procedurally improper, and duplicative of the petition for review. Petitioner is advised to review the Court's Procedural Order, (Dkt. 4), a copy of which is enclosed, which sets forth the procedure for review of the Respondent's decision denying Petitioner's claims for disability insurance benefits. Further filings by Petitioner contrary to the procedure set forth in the Court's Order may be summarily dismissed.

**IT IS SO ORDERED.**

DATED: May 25, 2021

Candy W. Dale
U.S. Magistrate Judge

---

[1] Petitioner filed also a "jurisdictional statement," (0kt. 11), in which Petitioner asserts diversity jurisdiction, demands a jury trial, and claims damages in excess of $75,000.00. The Court has jurisdiction over this matter because Petitioner seeks relief pursuant to 42 U.S.C. § 405(g), a federal statute. 28 U.S.C. § 1331. Because this matter involves judicial review of a decision by the Commissioner of the Social Security Administration, neither a jury trial nor damages are available. 42 U.S.C. § 405(g). Petitioner is advised that this action is limited to a determination of whether the Respondent's decision to deny Petitioner's claims for disability insurance benefits is supported by substantial evidence in the record, and will result in an order either affirming, modifying, or reversing the decision of the Commissioner, with or without remand. 42 U.S.C. § 405(g).

**ORDER -2**